**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LINDA GONNELLA,<br><br>Plaintiff,<br><br>vs.<br><br>DELBERT SERVICES CORPORATION,<br><br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:14−cv−04921<br>Honorable Judge Darrah |

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT DELBERT SERVICES CORPORATION**

---

Plaintiff Linda Gonnella ("Plaintiff"), by counsel, and Defendant Delbert Services Corporation ("Delbert Services") by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Delbert Services should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: 10/5/15

/s/ Tara L. Goodwin

Daniel A. Edelman, Esq.
Cathleen M. Combs, Esq.
James O. Latturner, Esq.
Tara L. Goodwin, Esq.
Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark Street, 15th Floor
Chicago, IL 60603
Telephone: (312) 739-4200
Fax: (312) 419-0379
E-Mail: dedelman@edcombs.com

ccombs@edcombs.com
jlatturner@edcombs.com
tgoodwin@edcombs.com

*Counsel for Linda Gonnella*

Date: 10/5/15

/s/ Andrew D. Shapiro
Andrew D. Shapiro
Butler Rubin Saltarelli & Boyd LLP
70 West Madison St. | Suite 1800 | Chicago, IL 60602
312.696.4489 | 312.873.4120 fax

*Counsel for Defendant Delbert Services Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **5th Day of October, 2015**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing:

**Andrew D. Shapiro**
Butler Rubin Saltarelli & Boyd LLP
70 West Madison St. | Suite 1800 | Chicago, IL 60602
312.696.4489 | 312.873.4120 fax

s/ Tara L. Goodwin
Tara L. Goodwin

Daniel A. Edelman,
Cathleen M. Combs,
James O. Latturner,
Tara L. Goodwin,
Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark Street, 15th Floor
Chicago, IL 60603
Telephone: (312) 739-4200
Fax: (312) 419-0379